## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 414 MAL 2018
                                 :
         Respondent            :
                                 : Petition for Allowance of Appeal from
                                 : the Order of the Superior Court
         v.                        :
                                 :
KATHLEEN GRANAHAN KANE, : 
                                 :
         Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Movant Stan J. Caterbone's "Request to Appear Pro Se and to File an *Amicus Curiae* Brief" in support of petitioner is **DENIED**.